Livius Ilasz
Ilasz & Associates
*Attorney for Plaintiff*
One Maiden Lane - 9th Floor
New York, New York 10038
(212) 480-2222

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

CHRISTINE ZAJKOWSKI, AS
EXECUTOR OF THE ESTATE OF
JANUSZ ZAJKOWSKI,

        Plaintiff,　　　　　　　　　　**Judgment**

  -against-

STANISLAW KORASADOWICZ,　　　　　**Docket No.: 09-cv-5409 (DMC)**

        Defendant.

---

This action having been commenced on October 22, 2009 by the filing of a Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, STANISLAW KORASADOWICZ, on November 5, 2009 by personal service, and a proof of service having been filed on November 17, 2009 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and a Default having been entered on January 3, 2010, it is

    ORDERED, ADJUDGED, AND DECREED: That the plaintiff shall and does have judgment against defendant in the liquidated

amount of $175,000.00 plus costs in the amount of $350.00 amounting in all to $175,350.00.

Dated: 9/20/10

ENTER

*Norma Rodriguez*
by: Deputy Clerk